HARRIET H. VILAS et al., as Administratrix, etc., Appellants,
    *v.* JULIA A. McBRIDE et al., Respondents.

(Argued October 25, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 28, 1891, which affirmed a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term.

*G. H. Beckwith* for appellants.

*Edgar T. Brackett* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

In the Matter of the Judicial Settlement of the Accounts of
    JOHN HOWARD FOOTE, as Executor, etc.

(Argued October 25, 1892; decided November 29, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made December 31, 1891, which affirmed a decree of the surrogate of the county of New York, settling the account of John Howard Foote as executor of the last will and testament of Henry M. Leavitt, deceased.

*Miron Winslow* for appellant.

*Henry Galbraith Ward* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.